# James W. Deal
## BULLOCH COUNTY TAX COMMISSIONER
113 North Main Street, Suite 101
P. O. Box 245
Statesboro, GA 30459-0245

Telephone: (912) 764-6285                                                                 Fax: (912) 489-4108

---

*Filed in U.S. Bankruptcy Court*
*Atlanta, Georgia*
**OCT 04 2018**
M. Regina Thomas, Clerk
By: _____ Deputy Clerk

September 28, 2018

M. Regina Thomas
Clerk of Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta GA 30303

Re: Case Number 18-55458 - Alfred Jerome Jones

I mailed the enclosed proof of claim in error to the Trustee.
When it was returned, I called the Trustee's office to verify this was what I had done and asked to speak to Adam Goodman whose name was on the slip attached to my claim. I was told he was the former Trustee but was now in Texas. Very confusing to say the least and the person I talked with was shocked That his name would be on my returned proof of claim.

I am saying all of this to beg you to allow my claim as I tried but made a human mistake.

Please let me know if you will accept my claim as though timely filed.

Very truly yours,

*James W. Deal*

James W. Deal
Enclosures

18-55458

## IMPORTANT NOTICE REGARDING CHAPTER 13 CASE ADMINISTRATION
## FROM THE OFFICE OF ADAM M. GOODMAN

The Chapter 13 Trustee will not process any claim received in his office that has not been stamped "filed" with the Clerk of the Court. Do send courtesy copies of claims to the Trustee. Only claims that have been filed with the Clerk of Court will be processed and paid pursuant to the confirmed plan.