**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

---

In Re: **Alfred Jerome Jones**

Debtor(s)

Case No.: **18−55458−lrc**
Chapter: **13**
Judge: **Lisa Ritchey Craig**

---

## NOTICE OF DEFICIENCY

You are hereby notified that Document # 24 filed on October 4, 2018, is deficient for the following reasons:

Missing certificate of service as required by BLR 7005−1, FRBP 1009 or BLR 9007−2(d).

Failure to timely remedy the deficiency noted above may delay prompt administration of the case, including, but not limited to, the timely entry of the debtor's discharge. If this matter is pending before the Court, this Notice of Deficiency does not alter any pending deadlines or remove scheduled hearings from the Court's calendar.

Date: 10/10/18

M. Regina Thomas
Clerk of Court

By: Rhonda Gentry
Deputy Clerk

Form 431 − Notice of deficiency 12−2017